UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>                              Plaintiff,<br><br>v.<br><br>HILLCREST FIFTH AVENUE, LLC, et al.,<br><br>                              Defendant. | Case No.: 18cv1967-LAB (JMA)<br><br>**ORDER REQUIRING PLAINTIFF TO INVESTIGATE CLAIMS** |

Plaintiff filed suit seeking injunctive relief under the Americans with Disabilities Act (ADA), and supplemental state claims. His claim is based solely on allegations that the restaurant he tried to visit has a public parking lot with signage showing that it is for the restaurant's customers. (Compl., ¶ 12.) The complaint alleges that the parking lot lacks parking spaces for disabled patrons, and that he personally encountered this barrier when he visited. (*Id.* ¶¶ 12–13, 15, 17.) The complaint alleges that the parking lot at one time had a disabled parking space, but they have been allowed to fade, or have been paved over. (*Id.*, ¶ 14.) It also alleges that Langer is prepared to return and patronize the restaurant, once the parking space is provided. The allegations are specific and definite, and accuse Defendants of ignoring these "obvious and blatant" barriers. (*Id.*, ¶ 24.)

Defendants filed an answer, representing that the restaurant has no public parking lot and offers no public parking spaces. (Answer, ¶¶ 13, 15.) If this is true, Plaintiff's ADA claims are moot, and the Court cannot exercise supplemental jurisdiction over his state law claims.

Langer and his counsel must promptly investigate Defendants' representations and confirm that the restaurant actually does have a parking lot, and that signs indicate that the parking spaces are for the restaurant's customers. *See* Fed. R. Civ. P. 11(b)(3) (requiring investigation that is reasonable under the circumstances). If they find they are in error, they should promptly either move to dismiss, or seek leave to amend to show that the Court has jurisdiction.

**IT IS SO ORDERED**.

Dated: September 21, 2018

*[signature]*
Hon. Larry Alan Burns
United States District Judge